# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

### Report on Person Under Supervision

| | |
|---|---|
| **Person Under Supervision**<br>Jeremiah Garcia | **Docket Number**<br>0971 5:18CR00379-001 EJD |

**Name of Sentencing Judge:**   The Honorable Edward J. Davila
United States District Judge

**Date of Original Sentence:**   June 30, 2020

**Original Offense**
Counts One through Three: Possession with Intent to Distribute and Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii), a Class B Felony.

**Original Sentence:** Time served on Counts One through Three, all counts to be served concurrently, followed by four years supervised release, on each of Counts One through Three, all such terms to run concurrently.

**Special Conditions:** $300.00 Special Assessment; Mental Health Treatment; return to the CAP group in San Jose every six months to report on your progress; search; testing and treatment for drug abuse; abstain from alcoholic beverages.

**Prior Form(s) 12:** None

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Commenced**<br>June 30, 2020 |
| **Assistant U.S. Attorney**<br>Cynthia Stier (AUSA) | **Defense Counsel**<br>Severa Keith (AFPD) |

### Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated mandatory condition number two that he must not unlawfully possess a controlled substance. |

RE:   Garcia, Jeremiah David                                                                                                   2
      0971 5:18CR00379-001 EJD

On October 22, 2021, Garcia reported to the San Jose United States Probation Office (USPO), for a scheduled office appointment. Subsequently, Garcia provided keys to the vehicle he operated to travel to his appointment, a Chevrolet Colorado California License Plate 57418A2. A search of the vehicle revealed a marijuana smoking pipe. The pipe contained suspected marijuana residue, a controlled substance.

Evidence of this alleged violation can be found in the Inventory of Property Seized by U.S. Probation Officer document reviewed and signed by Garcia on October 22, 2021.

**Action Taken and Reason**

On October 22, 2021, Garcia reported to the USPO for a scheduled visit. A search of the vehicle he was operating, revealed a marijuana pipe containing suspected marijuana residue. Garcia denied being the owner of the vehicle and denied knowledge of the marijuana pipe located inside the vehicle. Garcia provided a urinalysis, which resulted negative for controlled substances. Additionally, Garcia agreed to participate in Courage to Change journaling regarding peer relationships. Further, Garcia will continue to test randomly. Should Garcia provide a positive urinalysis, the Court will be notified immediately.

At this time, the USPO respectfully recommends the Court take Judicial Notice at this time. Additionally, the USPO requests approval for the marijuana pipe to be destroyed. Garcia's attorney has been contacted and does not oppose the destruction of the marijuana pipe.

Respectfully submitted,                                  Reviewed by:

_____                          _____
Juan Flores                                              Sonia Lapizco
U.S. Probation Officer Specialist                        Supervisory U.S. Probation Officer
Date Signed: November 16, 2021

**RE:**   Garcia, Jeremiah David                                                                                              3
             0971 5:18CR00379-001 EJD

---

THE COURT ORDERS:

☒  The Court concurs and takes judicial notice and approves the USPO to destroy the evidence in Charge One (marijuana pipe).

☐  Submit a request to modify supervision

☐  Submit a request for a warrant

☐  Submit a request for summons

☐  Other:

_____                           _____
November 16, 2021                                                              Edward J. Davila
Date                                                                                      United States District Judge

NDC-SUPV-FORM 12A  4/6/2015